"1. Whether the State violated *Brady* v. *Maryland*, 373 U. S. 83 (1963), and its progeny? 2. If so, whether the State's nondisclosure of exculpatory evidence and the State's representation that its open file contained all *Brady* material establishes the requisite 'cause' for failing to raise a *Brady* claim in state proceedings? 3. Whether petitioner was prejudiced by nondisclosure?"

No. 97–1061. MORROW *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97–1254. PRACTICE MANAGEMENT INFORMATION CORP. *v.* AMERICAN MEDICAL ASSN. C. A. 9th Cir. Certiorari denied.

No. 97–1549. FROST *v.* UNITED STATES;
No. 97–8295. TURNER *v.* UNITED STATES;
No. 97–8305. POTTER *v.* UNITED STATES;
No. 97–8328. CONGO *v.* UNITED STATES; and
No. 97–8374. FAULKNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 125 F. 3d 346.

No. 97–1575. MURDOCK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–1638. RENDEL ET UX. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–1652. NORTHWESTERN INDIANA TELEPHONE CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 97–1668. MILETI *v.* COLE, REPRESENTATIVE OF THE ESTATE OF COLE, DECEASED. C. A. 6th Cir. Certiorari denied.

No. 97–1679. UNUM CORP. ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 97–1685. HOWELL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–1690. LOBUE ET AL. *v.* DILEONARDI, UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.